# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| RICHARD M. VARN, II,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NASHVILLE, GA AND CHARLES EDWARDS in his official capacity as Chief of Police for the City of Nashville Police Department,<br><br>    Defendants. | CAFN.: 7:22-cv-00054-WLS<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CHIEF CHARLES EDWARDS, ONLY

COME NOW Plaintiff Richard M. Varn, II, and Defendants City of Nashville, GA and Charles Edwards, in his official capacity as Chief of Police for the City of Nashville Police Department, the named parties in this case, by and through undersigned counsel, pursuant to Rule 41(a), and hereby stipulate to the dismissal of all claims in this action against Chief Charles Edwards, in his official capacity, WITH PREJUDICE.

*[signature on following page]*

Respectfully submitted, this 28th day of June 2023.

          **THE WARREN LAW FIRM, LLC**

          */s/ Malcolm J. Warren (signed with express permission by Adam L. Appel)*
          **MALCOM J. WARREN**
          Georgia Bar No.: 385581
          ***Attorney for Plaintiff***

111 Woodrow Wilson Dr, Suite B
Valdosta, GA 31602
P: (229) 262-7773
F: (229) 262-1653
mjwarren@thewarrenlawfirmllc.com

          **DERMER APPEL RUDER, LLC**

          */s/ Adam L. Appel*
          **ADAM L. APPEL**
          Georgia Bar No.: 020765
          ***Attorney for Defendants***

708 Holcomb Bridge Road
Norcross, GA 30071
P: (404) 881-3556
F: (404) 892-8886
aappel@darlawllc.com

SO ORDERED this 3rd day of July, 2023.

_____
W. Louis Sands, Sr. Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CHIEF CHARLES EDWARDS, ONLY** has been prepared in compliance with Local Rule 5.1 by using Times New Roman, 14-point font and I have served the forgoing to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to the following attorneys of record who are CM/ECH participants:

Malcolm J. Warren, Esq.
**THE WARREN LAW FIRM, LLC**
111 Woodrow Wilson Dr, Suite B
Valdosta, GA 31602
mjwarren@thewarrenlawfirmllc.com
*Attorney for Plaintiff*

Respectfully submitted this 28th day of June 2023.

**DERMER APPEL RUDER, LLC**

*/s/ Adam L. Appel*
**ADAM L. APPEL**
Georgia Bar No.: 020765
*Attorney for Defendants*

708 Holcomb Bridge Road
Norcross, GA 30071
Phone: 404-881-3556
Fax: 404-892-8886
aappel@darlawllc.com
twilliams@darlawllc.com
admin3@darlawllc.com