# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **RICHARD M. VARN, II,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO: 7:22-cv-54 (WLS) |
| **CHARLES EDWARDS, in his official capacity as Chief of Police, and the CITY OF NASHVILLE, GEORGIA,** | : |
| **Defendants.** | : |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with prejudice as to City of Nashville, GA (Doc. 18) ("Stipulation"), filed by counsel for the Defendant, City of Nashville, GA ("Nashville"), and signed on behalf of Plaintiff and Defendant Nashville, by their respective counsel. The Parties stipulate to the dismissal of this action against Defendant Nashville.

Upon consideration thereof, it is hereby **ORDERED** that the Parties' Stipulation (Doc. 18) is **ACCEPTED** and **GRANTED**. The Court orders that all Plaintiff's claims pending against Defendant, City of Nashville, GA, are **DISMISSED WITH PREJUDICE**, with each party bearing their own attorney's fees and costs.

**SO ORDERED**, this 13th day of September 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**